# UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## No. 18-4726

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

TERRANCE NATHANIEL BROWN, JR., a/k/a War, a/k/a War Stone, a/k/a Luciano,

          Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (2:17-cr-00150-RGD-RJK-2)

Submitted:  November 21, 2018          Decided:  November 28, 2018

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Terrance Nathaniel Brown, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrance Nathaniel Brown, Jr., seeks to appeal the district court's order denying his "motion to challenge jurisdiction" filed in his pending criminal prosecution.[*] This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Brown seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Although the parties have not yet filed merits briefs in this appeal and the Government has not formally moved to dismiss it, we are obliged to inquire, even sua sponte, into matters implicating our own jurisdiction. *See United States v. Bullard*, 645 F.3d 237, 246 (4th Cir. 2011).